IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOHN MICHAEL YUNGA RUMIPULLA,<br><br>Petitioner,<br><br>vs.<br><br>MARKWAYNE MULLIN, Acting Secretary, U.S. Department of Homeland Security; DEPARTMENT OF HOMELAND SECURITY, TODD M. LYONS, Acting Director of Immigration and Customs Enforcement;  IMMIGRATION AND CUSTOMS ENFORCEMENT, DAREN K. MARGOLIN, Director for Executive Office for Immigration Review;  EXECUTIVE OFFICE FOR IMMIGRATION REVIEW, DAVID EASTERWOOD, Acting Director, Fort Snelling Field Office Immigration and Customs Enforcement;  WARDEN OF MCCOOK DETENTION CENTER, in their official capacity; and PAMELA BONDI, Attorney General;<br><br>Respondents. | **8:26CV103**<br><br><br>**JUDGMENT** |

In accordance with the Memorandum and Order entered on today's date, judgment is hereby entered in favor of the Petitioner and against the Respondents.

Dated this 13th day of March, 2026.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge